AO 440 (Rev. 12/09)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF PENNSYLVANIA

Abraham Ituah
_____
Plaintiff

v.

Steven Wakefield et al.
_____
Defendant

)
)
)
)
)
)
)

REC'D MAY 15 2025

Civil Action No. 2: 25-CV-01848-GJP

## Notice of Appeal

I, Abraham Ituah, pro se litigant, hereby file this appeal for the denial of motion for injunction relief filed with the complaint on April 8, 2025. The order of denial was signed on May 5, 2025, by District Judge Gerald J. Pappert.

## Appellate Brief
## Jurisdiction

This court has jurisdiction over the motion for preliminary injunction relief.

## Standard of Review

The standard of review for a denial of a motion for preliminary injunction relief is abuse of discretion.

## Argument

I am seeking preliminary injunction relief due to ongoing whistleblower retaliation, false claims, and RICO violations perpetuated by the City of Philadelphia. Specifically:

**Unlawful Property Seizures:** The city unlawfully sold my property at 3843 Fairmont Avenue, Philadelphia, under false claims of default tax claims.

**Witch Hunting:** The city's staff engaged in witch hunting, demolishing my property at 508 W Tabor Road, Philadelphia, in 2019, and imposing financial torture through false claims.

**Ongoing Harassment:** The city continues to enforce code enforcement violations and false claims against me, threatening the loss of my remaining properties.

**Summary of other Grievances**

The City of Philadelphia's legal and revenue departments have subjected me to significant financial hardship through various actions:

Forced Property Sales: I was forced to sell 10 properties under duress.

Unlawful Sheriff Sales: Two properties were unlawfully sold in sheriff sales.

Demolition Fee: One property was demolished, and I'm being demanded to pay over $100,000 in demolition fees.

Specific Incidents
Unlawful Collection: The city collected $17,750.52 from the sale of 2507 N 19th Street, Philadelphia, despite the debt being on the property was fully satisfied. See exhibit A

Threatened Sheriff Sale: The city threatened a

sheriff sale of 4624 N 12th Street, Philadelphia, and falsely claimed $14,000 in April 2025 for a judgment that was satisfied in 2019 after Steven Wakefield improperly obtained degree to sell the property through zoom hearing during Covid-19 pandemic and I wasn't present at the hearing.

**False Claims: Steven Wakefield and James Zwolak enforced false claims, recollecting tax claims from the settlement of the sale of 4021 Neilson Street, Philadelphia on October 31, 2024.** See Exhibit C.

**Ongoing Harassment**

**Water Termination:  On May 2025, the city terminated water service to my owner-occupied property at 419 W Godfrey Avenue, Philadelphia.**

**Code Enforcement Violations: The city filed over two hundred and sixty code enforcement violations and claims on Philadelphia common**

pleas court from the municipal court cases without my knowledge in order to collect liens as judgments. The implication of such actions means liens can be collected twice. See C $D settlement statement for 4021 Neilson street, 5229 Germantown Avenue, 33 S 53rd Street etc.

## Urgent Situation

I am at risk of losing my remaining three properties, which would result in significant financial loss. I believe these actions constitute whistleblower retaliation, false claims, and RICO violations, as shown in the attached exhibits. B.

## Relief Sought

I respectfully request that the court grant my motion for injunction relief and appoint a new judge or refer my case to a jury trial for fair justice.

## Conclusion

In light of the above facts, I sincerely believe that

the court should grant my motion for injunction relief to prevent further harm and injustice.

**Respectfully Submitted,**
**Abraham Ituah**                     5/16/2025
**Plaintiff/Petitioner**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Abraham Ituah,

<em>Plaintiff,</em>

v.

Steven Wakefield, et al.,

<em>Defendants.</em>

CIVIL ACTION
NO. 25-1848

### ORDER

**AND NOW**, this 5th day of May 2025, upon consideration of Abraham Ituah's

Motin for Preliminary Injunction (ECF No. 3), it is **ORDERED** that the Motion is

**DENIED.**[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1]    Ituah asks the Court to enter a preliminary injunction against the Defendants "to prevent further whistleblower retaliation, false claims, and RICO violations." (Mot. 4.) A preliminary injunction is an "extraordinary and drastic remedy," so "the movant bears the burden of making a 'clear showing'" that he is entitled to such relief. *Delaware State Sportsmen's Ass'n, Inc. v. Delaware Dep't of Safety & Homeland Sec'y,* 108 F.4th 194, 202 (3d Cir. 2024) (quoting *Mazurek v. Armstrong,* 520 U.S. 968, 972 (1997)). The "most critical" part of the movant's burden is showing he is likely to succeed on the merits and likely to suffer irreparable harm absent a preliminary injunction. *Id.* With respect to the merits of his claims, Ituah's Motion contains nothing more than vague references to "unlawful sales" of his "properties"; "whistleblower retaliation, false claims, and RICO violations"; and state-court judgments that the Defendants apparently obtained improperly. (Mot. 4–5, 7–8.) And with respect to irreparable harm, he offers only the unsupported statements that ten of his sixteen "properties" are "gone," he suffers ongoing emotional harm, and his children need his support. (*Id.*) None of these statements do anything to show that Ituah will likely succeed in this lawsuit nor that the vaguely worded injunction he seeks is necessary to prevent some harm that cannot later be redressed by a final remedy after trial.

## CERTIFICATION OF SERVICE

I, _Abraham Chapal_, certify that a copy of my motion was served
    (Name of Moving Party)

by _Mail & Clerk_ on _5/16/2025_ upon:
    (Mail, Personal Service, etc.)        (Date)

_Steven Wakefield et al_
(Name of Opposing Party)

(1) _City of philadelphia_    (2) _Mike Riley Statewide AB._
_1401 FFK Blvd,_    _7901 Bresfleton Ave_
_philadelphia PA 19102_    _philadelphia PA 19152_
(Address of Opposing Party)

_[signature]_
Name (Signature)

EXHIBIT

A



## PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge     John J. Joyce, Deputy Court Administrator

# CE-19-07-72-0216

| | |
|---|---|
| City of Philadelphia Law Department, Water Revenue Bureau<br>Municipal Services Building 1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102 | ABRAHAM ITUAH<br>2507 N 19TH ST<br>PHILADELPHIA, PA 19132 |
| **Plaintiff** | **Defendant(s)** |

Adriana K. Gonzalez

_____   **Address &**   Municipal Services Building 1401 JFK Boulevard,
**Plaintiff/Attorney**            **Phone**      5th Floor
Attorney # _____318831_____            Philadelphia, PA 19107

# ORDER

**AND NOW,** to wit this _____2nd_____ day of _____August_____, ___2022___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment Satisfied.

**BY THE COURT:**

_Patrick F. Dugan_
                                    **J.**

51107 09 01)

EXHIBIT

B





No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 1904W18006229 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Thursday , April 04th, 2019 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR WATER SERVICE |
| **Status:** | PHILA WATER DEPT LIEN FILED |
| **Cross Reference:** | JD LN01378055 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA WATER REVENUE BUREAU |
| **Address:** C/O CITY OF PHILA LAW DEPT 1401 JOHN F KENNEDY BLVD 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0507 | | **Aliases:** | *none* | |
| | | | | |





No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 2002R19444682 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Saturday , February 15th, 2020 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | REAL ESTATE TAX CLAIM/LIEN |
| **Status:** | ENTRY OF R.E. TAX LIEN |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA DEPARTMENT OF REVENUE |
| **Address:** MUNICIPAL SERVICES BUILDING CONCOURSE 1401 JOHN F KENNEDY BLVD PHILADELPHIA PA 19102 (215)686-6442 | | **Aliases:** | *none* | |
| | | | | |

 

The Philadelphia Courts
**Civil Docket Access**

No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 1904W18004888 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Friday , April 05th, 2019 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR WATER SERVICE |
| **Status:** | PHILA WATER DEPT LIEN FILED |
| **Cross Reference:** | JD LN01377621 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA WATER REVENUE BUREAU |
| **Address:** C/O CITY OF PHILA LAW DEPT 1401 JOHN F KENNEDY BLVD 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0507 | | **Aliases:** | *none* | |
| | | | | |

 

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 1811W18037298 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Wednesday, November 28th, 2018 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR WATER SERVICE |
| **Status:** | PHILA WATER DEPT LIEN FILED |
| **Cross Reference:** | JD 10-116490 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA WATER REVENUE BUREAU |
| **Address:** C/O CITY OF PHILA LAW DEPT 1401 JOHN F KENNEDY BLVD 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0507 | | **Aliases:** | *none* | |



 No Items in Cart   LOGIN

**Civil Docket Report**

<span style="color:red">A $5 Convenience fee will be added to the transaction at checkout.</span>

## Case Description

| | |
|---|---|
| **Case ID:** | 1807W18071617 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Thursday , July 19th, 2018 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR WATER SERVICE |
| **Status:** | PHILA WATER DEPT LIEN FILED |
| **Cross Reference:** | JD LN01330351 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA WATER REVENUE BUREAU |
| **Address:** C/O CITY OF PHILA LAW DEPT 1401 JOHN F KENNEDY BLVD 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0507 | | **Aliases:** | *none* | |
| | | | | |



**The Philadelphia Courts**
# Civil Docket Access

No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 1811W18037299 |
| **Case Caption:** | CITY OF PHILADELPHIA VS. ITUAH |
| **Filing Date:** | Wednesday, November 28th, 2018 |
| **Court:** | MUNICIPAL CLAIM/LIEN |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR WATER SERVICE |
| **Status:** | PHILA WATER DEPT LIEN FILED |
| **Cross Reference:** | JD LN01337237 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA WATER REVENUE BUREAU |
| **Address:** C/O CITY OF PHILA LAW DEPT 1401 JOHN F KENNEDY BLVD 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0507 | | **Aliases:** | *none* | |
| | | | | |

 The Philadelphia Courts
**Civil Docket Access**

 No Items in Cart    LOGIN

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 160300154 |
| **Case Caption:** | CITY OF PHILADELPHIA VS ITUAH |
| **Filing Date:** | Monday , March 07th, 2016 |
| **Court:** | MAJOR NON JURY |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CITY BUSINESS TAX CASE |
| **Status:** | JUDGMENT ENTERED BY AGREEMNT |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|---|
| 1 | | | | ATTORNEY FOR PLAINTIFF | TALAMINI, JONATHAN |
| **Address:** | LAVIN O'NEIL CEDRONE & DISIPIO 190 N INDEPENDENCE MALL WEST #500 PHILADELPHIA PA 19106 (215)351-7938 | | **Aliases:** | *none* | |
| 2 | | 1 | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |

| 07-MAR-2016 03:24 PM | CITY CHARGE | TALAMINI, JONATHAN | | 07-MAR-2016 03:56 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 07-MAR-2016 04:00 PM | JUDGMENT ENTERED BY AGREEMNT | TALAMINI, JONATHAN | | 07-MAR-2016 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF AND AGAINST THE DEFENDANT IN THE AMOUNT OF $18,671.67 PURSUANT TO DEFENDANTS CONSENT, A TRUE AND CORRECT COPY OF WHICH IS ATTACHED HERETO. NOTICE GIVEN UNDER RULE 236 | | | |

| 21-MAY-2019 02:04 PM | MOTION TO VACATE FILED | ITUAH, ABRARAM | | 21-MAY-2019 12:00 AM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents MTVAC_8.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | 89-19055189 MOTION TO VACATE JUDGMENT FILED. | | | |

| 19-JUN-2019 02:25 PM | MOTION ASSIGNED | | | 19-JUN-2019 02:25 PM |
|---|---|---|---|---|
| **Docket Entry:** | 89-19055189 MOTION TO VACATE FILED ASSIGNED TO JUDGE: SHIRDAN-HARRIS, LISETTE . ON DATE: JUNE 19, 2019 | | | |

| 11-JUL-2019 09:57 AM | ORDER ENTERED/236 NOTICE GIVEN | SHIRDAN-HARRIS, LISETTE | | 11-JUL-2019 09:57 AM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents ORDER_10.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | 89-19055189 IT IS ORDERED THAT THE MOTION TO VACATE JUDGMENT IS DENIED. BY THE COURT ...SHIRDAN-HARRIS,J 7/9/19 | | | |

| 11-JUL-2019 09:57 AM | NOTICE GIVEN UNDER RULE 236 | | | 26-JUL-2019 12:08 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 26-JUL-2019 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 11-JUL-2019. | | | |

EXHIBIT

C



| American Land Title Association | ALTA Settlement Statement - Combined<br>Adopted 05-01-2015 |
|---|---|

**H&H Settlement Services, LLC**
**ALTA Universal ID:  1129487**
**2778 Jenkintown Rd.**
**Glenside, PA 19038**

| | |
|---|---|
| File No./Escrow No.: | TAG240811 |
| Print Date & Time: | October 31, 2024 1:50 pm |
| Officer/Escrow Officer: | Maureen Graham |
| Settlement Location: | 2778 Jenkintown Rd.<br>Glenside, PA 19038 |
| Property Address: | 4021 Neilson Street<br>Philadelphia, PA 19124 |
| Borrower: | Leonardo Santana<br>4021 Neilson Street<br>Philadelphia, PA 19124<br><br>Marcia Rohena |
| Seller: | Abraham Ituah<br>4021 Neilson Street<br>Philadelphia. PA 19124 |
| Lender: | Greentree Mortgage Company, LP ISAOA/ATIMA |
| Settlement Date : | October 31, 2024 |
| Disbursement Date : | October 31, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | | Lender Credits  from Greentree Mortgage Company, LP ISAOA/ATIMA | | 1,295.00 |
| | 155,000.00 | Sale Price of Property | 155,000.00 | |
| | | Deposit | | 1,000.00 |
| | | Loan Amount | | 152,192.00 |
| 6,000.00 | | Seller Credit | | 6,000.00 |
| | | Gift Funds | | 10,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 103.39 | City/Town Taxes<br>10/31/24-12/31/24 | 103.39 | |
| | | | | |
| | | **Loan Charges to Greentree Mortgage Company, LP ISAOA/ATIMA** | | |
| | | Commitment Fee | 1,295.00 | |
| | | Appraisal Fee | 475.00 | |

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to Greentree Mortgage Company, LP ISAOA/ATIMA (continued)** | | |
| | | Credit Report | 204.71 | |
| | | Flood Certification | 11.10 | |
| | | Mortgage Insurance Premium | 2,617.56 | |
| | | Reinspection Fee | 150.00 | |
| | | Reinspection Fee to 2nd Inspection | 150.00 | |
| | | Prepaid Interest<br>$28.15 per day from 10/31/24 to 11/01/24<br>Greentree Mortgage Company, LP ISAOA/ ATIMA | 28.15 | |
| | | **Other Loan Charges** | | |
| | | Notary Fee to Maureen Graham | 45.00 | |
| 0.00 | | Notary Fee to Maureen Graham<br>(seller fee) | 30.00 | |
| | | Tax Search Service Fee to Conveyancing Services Inc | 45.00 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Greentree Mortgage Company, LP ISAOA/ATIMA<br>3.000 Months at $116.92/month | 350.76 | |
| | | Property Taxes to Greentree Mortgage Company, LP ISAOA/ATIMA<br>11.000 Months at $170.33/month | 1,873.63 | |
| | | Aggregate Adjustment to Greentree Mortgage Company, LP ISAOA/ATIMA | | 467.68 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Additional Bring Downs to H&H Settlement Services, LLC | 100.00 | |
| | | Bring Down Additional to H&H Settlement Services, LLC | 50.00 | |
| | | Courier/Wire Fee to H&H Settlement Services, LLC | 50.00 | |
| 0.00 | | Courier/Wire Fee to H&H Settlement Services, LLC<br>(seller fee) | 75.00 | |
| 0.00 | | Deed Doc Preparation to H&H Settlement Services, LLC<br>(seller fee) | 120.00 | |
| | | EDoc Fee to H&H Settlement Services, LLC | 100.00 | |
| | | Lender's Title Insurance to H&H Settlement Services, LLC<br>Coverage:            $152,192.00 | | |

Copyright 2015 American Land Title Association
All rights reserved

File # TAG240811/147
Printed on 10/31/24 at 1:50:36 PM by Maureen Graham

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Premium:          $0.00<br>Version:  2021 ALTA Loan Policy (07/01/21) | | |
| | | Owner's Title Insurance to H&H Settlement Services, LLC<br>   Coverage:      $155,000.00<br>   Premium:       $1,472.35<br>   Version:  2021 ALTA Owner's Policy (07/01/21) | 1,472.35 | |
| | | **Commissions** | | |
| 5,000.00 | | Commission - Selling Agent to Tesla Realty Group LLC | 0.00 | |
| | | **Government Recording and Transfer Charges** | | |
| | | Deed Recording Fee to REC | 274.75 | |
| 2,540.45 | | Local Transfer Tax to REC<br>   MUST SELECT FEE SCHED | 2,540.45 | |
| | | Mortgage Recording Fee to REC | 244.75 | |
| 775.00 | | State Transfer Tax to REC | 775.00 | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Nation General<br>   12 months | 1,403.00 | |
| | | Civil Docket #160300154 to City of Philadelphia<br>   PIF 1/25/2022<br>   $13,677.97 paid outside closing by Seller | | |
| 2,505.40 | | Gas Liens #140330404; #140432265; #140731516 to Philadelphia Gas Works | | |
| 517.84 | | Real Estate Taxes - 2013 - to City of Philadelphia<br>   #332526600 | | |
| 918.37 | | Real Estate Taxes - 2014 - to City of Philadelphia<br>   #332526600 | | |
| 2,069.21 | | Real Estate Taxes - 2015 - to City of Philadelphia<br>   #332526600 | | |
| 1,247.61 | | Real Estate Taxes - 2016 - to City of Philadelphia<br>   #332526600 | | |
| 1,183.70 | | Real Estate Taxes - 2017 - to City of Philadelphia<br>   #332526600 | | |
| 1,119.50 | | Real Estate Taxes - 2018 - to City of | | |

Copyright 2015 American Land Title Association<br>All rights reserved

File # TAG240811/147<br>Printed on 10/31/24 at 1:50:36 PM by Maureen Graham

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | Miscellaneous (continued) | | |
| | | Philadelphia<br>    #332526600 | | |
| 1,048.27 | | Real Estate Taxes - 2019 - to City of<br>Philadelphia<br>    #332526600 | | |
| 0.00 | | Real Estate Taxes - 2020 - to City of<br>Philadelphia<br>    #332526600 | | |
| 949.51 | | Real Estate Taxes - 2021 - to City of<br>Philadelphia<br>    #332526600 | | |
| 801.11 | | Real Estate Taxes - 2022 - to City of<br>Philadelphia<br>    #332526600 | | |
| 792.11 | | Real Estate Taxes - 2023 - to City of<br>Philadelphia<br>    #332526600 | | |
| 646.91 | | Real Estate Taxes - 2024 - to City of<br>Philadelphia<br>    #332526600 | | |
| 337.00 | | Water/Sewer Judgment<br>#CE-15-10-72-0844-3301 "A"Street to City of<br>Philadelphia-Water Revenue<br>    Court Costs/Fines | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 28,451.99 | 155,103.39 | **Subtotals** | 169,584.60 | 170,954.68 |
| 126,651.40 | | **Due to Seller/Borrower** | 1,370.08 | |
| 155,103.39 | 155,103.39 | **Totals** | 170,954.68 | 170,954.68 |

Copyright 2015 American Land Title Association
All rights reserved

File # TAG240811/147
Printed on 10/31/24 at 1:50:36 PM by Maureen Graham

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize H&H Settlement Services, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Leonardo Santana

_____
Marcia Rohena

Seller

_____
Abraham Ituah

H&H Settlement Services, LLC

BY: _____
Maureen Graham
Relo Director / PA Title Agent

EXHIBIT

D

## SUMMARY OF THE MONEY RECEIVED BY CITY OF PHILADELPHIA FROM ALL THE SETTLEMENT COMPLETED – SETTLEMENTS

| Addresses | Amount | Settlement Dates |
|---|---|---|
| 5229 Germantown Avenue | $47,765.91 | 8/26/2019 |
| 1700 N. Dover Street | $24,787.70 | 1/8/2019 |
| 5551 Morris Street | $32,177.42 | 2/27/2019 |
| 2153 66th Avenue | $24,427.07 | 8/30/2019 |
| 3765 N. Bourier Street | $24,052.84 | 10/10/2019 |
| 2538 N. Gratz Street | $18,488.45 | 4/14/2022 |
| 212 S. Edgewood Street | $11,056.09 | 3/21/2022 |
| 2507 N. 19th Street | $16,618.97 + $30,000 | 6/24/2022 |
| 33 S. 53rd Street | $24,387.15 | 1/24/2022 |
| 4021 Neilson Street | 28,451.99 | 10/31/2024 |
| **SUBTOTAL** | **$282,213.59** | |
| 4624 N. 12th Street | 6,750.00 | |
| **GRAND TOTAL** | **$289,063.59** | |

1.  5229 Germantown Avenue – Buyer's Name: Guy Advisor Group LLC
    3/26/2019.
    CE – 1006720416
    CE – 1006720828 - $110
    CE – 1308720811 - $88
    CE – 1402720608 - $88
    2013 – 2019 refuse = $3,636.98
    Municipal lien #17090457 $2,981.38
    Water bill settlement $25,548.53 instead of $30,000

2.  1700 N. Dover Street – Levels Investment LLC 1/8/2019
    CE – 1612820075 - $2,417.01
    CE – 1702320301 - $3,307.23
    CE – 1702320300
    CE – 1705330178 - $3,809.00
    CE – 1801820326 - $1,649.98
    Water through 2018 - $8,380.13

3.  3765 N. Bourier Street – Delicina Future, LLC – 10/10/2019
    CE – 1408320815 - $754.75
    CE – 1410720299 - $1,527.50
    CE – 1501330231 - $1,073.00
    CE – 1505320704 - $4,265.78
    ID # 121202498 - $1,128.59 PA Department of Revenue
    Tax 2012 to 2019 - $7,951.62
    Water Bill through 2019 - $1,755.15

4.  2153 66th Avenue, Philadelphia – Florence Investment LLC 8/30/2019
    CE – 1506320026
    CE – 1704330211
    CE – 1711330027
    Water Bill through 2019 - $6,691.87
    Municipal 292/509/092/368/067 - $816.61
    Tax 2011 to 2019 - $13,055.42

Water Bill 8/3/2019 to 8/30/2019 - $25.92
Unidentified charges - $5,74.25
Held Escrow #W0803p5507 - $1,938

5.  5551 Morris Street – Atlas Investment LLC 02/27/2019
    Tax 2012 to 2018 tax 150 T 0328 - $ 8,686.70
    Water Bill through 2019 - $2,968.94
    City series of tickets – debs on exhibits A - $13,727,00
    Repair lien 410120037 - $195
    CE – 1704330211
    CE – 1711330027

6.  212S. Edgewood Street – Briq House LLC – 3/21/2022
    Tax 2020 to 2021 - $1,644.09
    2022 tax - $523.33
    Water Bill Collected - $8,117.51 – Executive collection. Sanchez
    carmen collection was not reported.

7.  2538 N. Gratz street, - FAO Philly LLC 4/14/2022
    Tax 2014 to 2022 162067900 - $5,635.57
    Water revenue              - $1,677.53
    Escrow                     - $8,000

8.  2507 No 19th Street – Darvin Philly LLC – 6/24/2022
    Re Tax Deed $3,179
    Mortgage $1,589.83
    Re Tax 2019 to 2022 OPA 162079700 - $3,727.85
    Open water/sewage revenue as 18815002507001 $8,261.29

9.  33 S. 53rd Street Doel Investment LLC 1/24/22
    Bre Income Tax Pay off Liens - $13,677.97
    Water Bill/Sewage through 12/12/2021 - $6,736.57

10.    4021 Nelson Street – Santana/ Marcia Rohena 10/30/2024
Retax 2013 # 332526600        - $517.84
Retax 2014                - $918.37
Retax 2015                - $2,069.21
Retax 2016                - $1,247.61
Retax 2017                - $1,183.70
Retax 2018                - $1,119.50
Retax 2019                - $1,048.27
Retax 2020                - $0
Retax 2021                - $949.51
Retax 2022                - $801.11
Retax 2023                - $792.11
Retax 2024                - $646.91
B Water/Sewage CE – 15-1072-0844- A Street #3301 $337.00

11.    4624 N. 12th Street $6,750
12.    Superior Court of New Jersey $17,750.01 to satisfy judgement fund
       was from the settlement of 250 TN. 19th street.
13.    3843 fairmount avenue
14.    730N 37th Street
15.    508 W Tabor Rd – Demolished in 2019

Address of property: 4021 Neilson Street, Philadelphia

Borrower - Buyers Name: Leonardo Santana / Marcia Rohena

Settlement date: 10/31/2024

Sales Price: $155,000

Net proceed $126,657.40

Total Deduction Amount: $28,451.99

Name of Title Company: Amerisan Land Title Association

Lender: Greentree Mortgage Company LP ISAOA/ATIMA

| | | |
|---|---|---|
| 1- Real estate Tax 2013 #332,52,660 | | $57.84 |
| 2- Real Estate Tax 2014 # | | $98.37 |
| 3- Real Estate Tax 2015 # ✓ | | $2,069.21 |
| 4- Tax 2016 ✓ | | $1,297.61 |
| 5- Tax 2017 ✓ | | $1,183.70 |
| 6- Tax 2018 ✓✓ | | $1,119.50 |
| 7- Tax 2019 ✓✓ | | $1,048.27 |
| 8- Real estate Tax 2020 ✓ | | $0 949.51 |
| 9- Tax 2021 ✓✓ | | $801.11 |
| 10- Tax 2022 ✓ | | $792.11 |
| 11- Tax 2023 ✓✓ | | $646.91 |
| 12- Tax 2024 ✓ | | |
| 13- Water/sewer Judgment #E-15-10-72-0844 - A Street # 2301 to the city of philadelphia -wife Revenue → $337.00 | | |

Address of property: 2507 N- 19th Street
Buyer's Name: Darwin Philly LLC
Settlement date: June 24 2022
Sales Price: $97000
Net Proceeds: $46,618·97
Reduction Amount: $50,618·97

Name of Title Company: First America Title Insurance

All Payments made to the City of PHILADELPHIA

1114 ESCROW CE Liens 1-6 to Colony Abstract Insurance $30,000

City Tax Deed $3,179·66 mvts-sr    $1,589·83

2019-2022 0PA 162079700 City of Philadelphia    $3727.85

Open water/Sewage water Revenue 05/18/5700250700|   $8261·29

Address of Property: 212 S. Edgewood Street

Buyer's Name: Brig House LLC

Settlement date: 3/21/2022 @ 4:30pm

Sales Price: $50,0001

Net proceeds to seller: $38,947.91

Deduction Amount:

Name of Title Company: Go Abstract Services, LLC

All Payments made to the City of PHILADELPHIA  $11,644.09

2020 § 2021 Refax to the City of philadelphia

2022 Tax    $525.55

A2

Address of Property: 33 S. 53rd Street Phil

Buyer's Name: Doel Investment, LLC

Settlement date: 1/24/2022 @ 10:34

Sales Price: $125,000

Net Proceeds to Seller: $57,612.85

Total Reduction Amount

Name of Title Company: $73,278.29

All Payments made to the CITY OF PHILADELPHIA

1302 Payoff liens to the City of Philadelphia    $12,677.97

1303 Water/Sewage to 12/12/2021 Water Rev.    $6,736.57

Address of property: 2578 Custis Street / Philadelphia

Buyer's Name : FAO Philly LLC

Settlement date: 4/14/2022

Sales Price: $65,000

Net Proceeds to seller $46,783.81

Total Reduction Amount $18,488.45

Name of Title Company: Colony Abstract Company Inc / First American Title Company

1303  2014-2022 Re Tax    CITY OF PHILADELPHIA    $A16206 7900 $545.57

Bal. due to City of Philadelphia    $A1200=00    $1,677.53

1304  Open Water/Sewage    Bal. Water Rev. Q 5138005258001    $2000.00

1114  Escrow Water/Sewage liens to Colony Abstract Company Inc

completed by the company
completed by the company

Address of Property: 2153 66th Street, Philadelphia PA 19138

Buyer's Name: Florence Investment LLC- 1628 JFK Blvd Suite 2200

Settlement date: 08/30/2019

Sales Price: $75,000

Net Proceeds: $51,147.18

Total Reduction Amount: $24,427.07

Name of Title Company: Statewide Abstract Group, INC.

All Payments made to the CITY OF PHILADELPHIA

1301 CE-15063-2002G    Satisfied #1

1902 CE-17043-3021-1 and CE-1711330027 Paid or SA 21870

1903 W/s (thru) 2019- B/R Circle   $6,091.87

1904 Nuon 292/509/092/968/067 to City of Philadelphia $816.61

1905 2011-2019 Re Tax (sqft) to City & Phil. $13,005.42

1906 W/S service 8/3 - 8/30    $25.92

Other unidentified charges $574.25   Line 406 - Tax 08/30/2019-12/31/2019

Line 516 —— Held Escrow #610803 PS507 $1,938.00

Line 1202 City/County/State JC deed $2,458.50 /$1,229.25 ?
     1203 State tax Stamp $750 / $375

Address of Property: 5551 Morris Street, Phl

Buyer's Name: Atlas Investment LLC

Settlement date: 02/07/2019

Sales Price: $75,000

Net Proceeds to Seller: $42,822.58

Total Deduction Amount: $32,177.42

Name of Title Company: Statewide Abstract Group Inc

All Payments made to the City of PHILADELPHIA

1202 2012 - 2018 Retax 1504 To 328 to City        $8,686.70

1202 W/S thru 2019 1st cycle to City              $2,968.94

1202 off line 1705 includes all debts or exhibit A    $13,727.00

120 off Repaid lien #10/20037 to city                  195.00

#6 & #7 CE-17043302ll/17113300027 to city + g pd

                                              $32,177.42

Balance for the total of g pd

Address of property: 1700 N. Dover Street,

Buyer's name: Levels Investment LLC - 1929 Goodnaw Street, Ph PA 19115

Settlement date: 1/8/2019

Sales Price: $70,800/ $100,000

Net Proceeds: $25,212.30

Reduction Amount ......... : $44,787.70

Name of Title Company:

All Payments made to the City of PHILADELPHIA

Th⑫ CE-16/2820075      $2,417.01   wate Revenue   ②
1202 CE-#70.232.0301   $3,307.23   City of Ph.    ③
1203 CE-170.232.0300                               ④
1204 CE-170.232.0300
1205 CE-170.53.30178    $3,809.00                  ⑤
1206 CE-18.01820326    $1,649.98   wate Rev        ⑥
1207 Costs from 2018 12th Cycle $8,380.13
1308 Other disbursement $5,729.52 (Itemization of HUD line 1308)

Payment to the city of philadelphia  $24,787.70

SA-22/99

Address of Property: 6238 Germantown Ave, Phil
Buyer's Name: G47 Advisor Group LLC
Settlement date: 08/26/2019
Sales Price: $250,000
Net Proceeds to Seller: $282,234.09
Total - Deduction Amount: ...: $223,765.91 / $223,874.89.
Name of Title Company: Statewide Abstract Group Inc

All payments made to the CITY OF PHILADELPHIA
Held Escrow Refuse 2013-2019   $5,500.
Refuse 08/28/2019 to 12/31/2019   $103.56

| | | |
|---|---|---|
| 1302 | 2019 Re tax expenses to City of Philadelphia $ 5,757.90 | |
| 1306 | CE-100672546 - Removal by water dept. J Phila | |
| 1307 | CE-100672082 8 to dept of Philadelphia   $110.00 | |
| $5 | | |
| 1308 | CE-150872081l to City of Phil.   $88.00 | |
| $p | | |
| 1309 | CE-140272060 8 to City of Phi   $88.00 | |
| 1312 | 2013-2019 Refuse to City of Phil   $ 3,636.98 | |
| 1313 | 2013-2019 Refuse to City of Phil.   $ 2,981.38 | |
| 1314 | Muni Lien #170904057 to City of Phil. | |
| 1315 | Water settlement to City of Phil.   $ 25,548.53 instead of $30,000 | |

Amount paid to the City = $47,765.9?

3765 N. Bouvier Street Philadelphia
Buyers Name: Delicia Future, LLC
Settlement date: 10/10/2019
Sales Price $55,000
Net Proceed $21,573.55

Debit overall $24,052.84
Statewide Abstract Group Inc Title Insurance $742.85

Payment to the City of Philadelphia

TX#
1304 - CE - 140832 08 15         $754.75      1502 - 2012 to 2019 Re:tax $7,951.62
1305 - CE - 14 1072 02 99        $1,527.50    1503 - w/s throu 2019 4thcycle $1,755.13
1306 - CE - 150133 02 31         $1,073.00
1307 - CE - 15 053 207 04        $4,265.78
1303 - ID#12/2024 98 $1,128.59 - VA Department of Revenue